UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 04-332 |
| v. | * | SECTION: "K" (5) |
| GERMAN GABRIEL GARCIA | * | |

\* \* \*

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss the Rule To Revoke Probation on defendant, **GERMAN GABRIEL GARCIA** is hereby **DISMISSED**.

New Orleans, LA, this   21st   day of        August        , 2007.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE